# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WISCONSIN

SEAN C. QUAST and SUSAN R. QUAST,

**Plaintiffs,**

V.

STATE FARM FIRE & CASUALTY COMPANY,

**Defendant.**

**JUDGMENT IN A CIVIL CASE**

Case No.: 09-cv-675-wmc

This case came before the court and a jury with District Judge William M. Conley presiding. The issues have been tried and the jury has rendered a decision.

## IT IS ORDERED AND ADJUDGED

THAT JUDGMENT IS ENTERED IN FAVOR OF DEFENDANT AGAINST PLAINTIFFS DISMISSING PLAINTIFFS' COMPLAINT AND ALL CLAIMS CONTAINED THEREIN WITH PREJUDICE AND COSTS.

Approved as to form this 1st day of December, 2010.

_____
WILLIAM M. CONLEY
DISTRICT JUDGE

_____
Peter A. Oppeneer, Clerk

_____
12/3/10
Date